UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DeANDRE ROBINSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HERNANDEZ, et al.,<br><br>　　　　Defendants. | No.  2:23-cv-02542-EFB (PC)<br><br><br>ORDER |

      Plaintiff, who was confined in the Sacramento County Jail at the time he filed the complaint, and who proceeds without counsel, filed a civil rights action pursuant to 42 U.S.C. § 1983 (ECF No. 1) and a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 (ECF No. 2).  The certificate portion of his request has not been filled out, and he has not filed a certified copy of the inmate trust account statement for the six-month period immediately preceding the filing of the complaint.  *See* 28 U.S.C. § 1915(a)(2).  These defects must be remedied if plaintiff is incarcerated.  However, plaintiff informs the court that he is currently involuntarily held at Sierra Vista Hospital.  It is unclear whether plaintiff is being held by the county or the state or has been released from custody.  Without that information, the court cannot determine whether plaintiff's in forma pauperis application is subject to § 1915(a)(2).  The court will provide plaintiff with an opportunity to either (1) submit a completed in forma pauperis application and a certified copy in support of the application or (2) inform the court that he is no

longer in custody.

Plaintiff also seeks appointment of counsel due to his hospitalization for unspecified mental health reasons. ECF No. 5. (The complaint alleges that plaintiff suffers from depression and bipolar disorder. ECF No. 1.) An unrepresented litigant is entitled to a competency hearing – and potentially to appointment of counsel – if he produces to the court substantial evidence of incompetence or incapacitating mental disability (such as sworn declarations or letters from treating psychiatrists) that demonstrates that he cannot litigate his claims due to his mental disorder. *Beckett v. Scalia*, No. 1:20-cv-0168-JLT-CDB (PC), 2023 U.S. Dist. LEXIS 213300, at *4-6 (E.D. Cal. Nov. 30, 2023). Plaintiff has not submitted any evidence substantiating his claimed need for counsel. Accordingly, the motion will be denied without prejudice – plaintiff may renew it with supporting evidence.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff shall submit, within thirty days from the date of this order, either (1) a completed affidavit in support of the request to proceed in forma pauperis on the form provided by the Clerk of Court, and a certified copy of the inmate trust account statement for the six month period immediately preceding the filing of the complaint or (2) a declaration informing the court of whether he is currently in county or state custody or is unincarcerated;

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner;

3. Plaintiff's December 26, 2023 motion for appointment of counsel (ECF No. 5) is DENIED without prejudice to its renewal with supporting evidence; and

4. Plaintiff's failure to comply with this order may result in a recommendation that this action be dismissed without prejudice.

Dated: March 25, 2024

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE