1

2

3

4

5

6

7

8                            UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    DeANDRE ROBINSON,                            No.  2:23-cv-02542-EFB (PC)

12                  Plaintiff,

13         v.                                       ORDER

14    HERNANDEZ, et al.,

15                  Defendants.

16

17         Plaintiff, currently confined in the Rio Consumnes Correctional Center, is proceeding pro

18    se in an action brought under 42 U.S.C. § 1983.  Plaintiff requests that the court appoint counsel.

19    District courts lack authority to require counsel to represent indigent prisoners in section 1983

20    cases.  *Mallard v. United States Dist. Court*, 490 U.S. 296, 298 (1989).  In exceptional

21    circumstances, the court may request an attorney to voluntarily represent such a plaintiff.  *See* 28

22    U.S.C. § 1915(e)(1).  *Terrell v. Brewer*, 935 F.2d 1015, 1017 (9th Cir. 1991); *Wood v.*

23    *Housewright*, 900 F.2d 1332, 1335-36 (9th Cir. 1990).  When determining whether "exceptional

24    circumstances" exist, the court must consider plaintiff's likelihood of success on the merits as

25    well as the ability of the plaintiff to articulate his claims pro se in light of the complexity of the

26    legal issues involved.  *Palmer v. Valdez*, 560 F.3d 965, 970 (9th Cir. 2009) (district court did not

27    abuse discretion in declining to appoint counsel).  The burden of demonstrating exceptional

28    circumstances is on the plaintiff.  *Id.*  Circumstances common to most prisoners, such as lack of

                                                  1

1  legal education and limited law library access, do not establish exceptional circumstances that

2  warrant a request for voluntary assistance of counsel.

3        Having considered the factors under *Palmer*, the court finds that plaintiff has failed

4  to meet his burden of demonstrating exceptional circumstances warranting the appointment of

5  counsel at this time.

6        Accordingly, IT IS HEREBY ORDERED that plaintiff's August 30, 2024, motion

7  for the appointment of counsel (ECF No. 19) is denied without prejudice.

8

9  Dated: October 30, 2024

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28