UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DeANDRE ROBINSON,<br><br>    Plaintiff,<br><br>    v.<br><br>HERNANDEZ, et al.,<br><br>    Defendants. | No. 2:23-cv-02542-EFB (PC)<br><br>ORDER |

Plaintiff is a former county jail inmate proceeding pro se. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983. The case proceeds on plaintiff's Eighth Amendment claims against defendants Hernandez and Bird. ECF Nos. 1, 9. Defendants answered the complaint on December 5, 2024. ECF No. 29. Currently before the court is plaintiff's motion for a settlement conference. ECF No. 33.

In any action, the Court may utilize its discretion and order the attorneys and any unrepresented parties to appear for a settlement conference. Fed. R. Civ. P. 16. However, defendants have not responded to the request and discovery has yet to occur in this action. Accordingly, the court finds that it would be premature to order the parties to participate in a settlement conference at this time.

////

////

1

1     Accordingly, it is hereby ORDERED that plaintiff's motion for a settlement conference
2 (ECF No. 33) is DENIED without prejudice.

4   Dated: February 25, 2025

*[Signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE