UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DEANDRE ROBINSON,

Plaintiff,

v.

DEPUTY HERNANDEZ, et al.,

Defendants.

No. 2:23-cv-02542-TLN-EFB

**ORDER**

Plaintiff proceeds without counsel in this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 10, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 52.) No party has filed objections to the findings and recommendations, and the time to do so has elapsed.

The Court presumes any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 10, 2026 (ECF No. 52) are ADOPTED in full;
2. Defendants' motion for summary judgment (ECF No. 44) is GRANTED; and
3. The action is DISMISSED without prejudice for failure to exhaust administrative remedies.

IT IS SO ORDERED.

DATE: September 24, 2026

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE